IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-2454-AP**

IN RE:

**CRAIG ALLEN DEWARS,**

    Debtor.

**CRAIG ALLEN DEWARS**,

    Appellant,

v.

**SIMON RODRIGUEZ,**

    Appellee.

## ORDER OF DISMISSAL

**KANE, J. ORDERS**

On January 4, 2012, this court issued an Order to Show Cause as to why this case should not be dismissed for failure to prosecute. The deadline to respond to that order has passed, and to date, no such response has been filed. It is therefore

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

DATED at Denver, Colorado this 24th day of January, 2012.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT